In the Matter of the Claim of NELSON DUNTZ, Respondent, *v.* WILLIAM L. HORTON et al., as Executors, etc., Appellants.*

(Argued April 16, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 2, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*E. C. Aiken* for appellants.

*Frank C. Cushing* for respondent.

Agree to affirm on opinion below.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.

---

DAVID M. BLAUSTEIN, as Administrator, etc., Respondent, *v.* EUGENE W. GUINDON et al., Appellants.

(Argued April 16, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 14, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Arthur D. Williams* for appellants.

*G. Washburne Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 83 Hun, 332.